[827 NE2d 280, 794 NYS2d 297]

In the Matter of C. ERNEST BROWNELL.

Decided January 18, 2005

**OPINION OF THE COURT**

On the Court's own motion, it is determined that Honorable C. Ernest Brownell is suspended with pay, effective immediately, from his office of Justice of the Junius Town Court, Seneca County, pending disposition of his request for review of a determination by the State Commission on Judicial Conduct.

Concur: Chief Judge KAYE and Judges G.B. SMITH, CIPARICK, ROSENBLATT, GRAFFEO, READ and R.S. SMITH.

BATES ADVERTISING USA, INC., Respondent, v 498 SEVENTH, LLC, Appellant.

Submitted December 13, 2004; decided January 18, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see Burke v Crosson*, 85 NY2d 10, 18 n 5).